**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **THOMAS GIEDGOWD** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 20-6184 |
| | : | |
| **CAFARO GROUP, LLC** | : | |

## ORDER

**AND NOW**, this 26th day of October 2021, upon considering Defendant's Motion for judgment as a matter of law (ECF Doc. No. 78), Plaintiff's Response (ECF Doc. No. 79), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 78) is **DENIED**.

**KEARNEY, J.**