IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS GIEDGOWD** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 20-6184** |
| | : | |
| **CAFARO GROUP, LLC** | : | |

# ORDER

**AND NOW**, this 26th day of October 2021, upon considering Plaintiff's Motion for an award of reasonable attorney's fees and reimbursement of costs (ECF Doc. No. 80), Defendant's Opposition (ECF Doc. No. 81), and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiff's Motion (ECF Doc. No. 80) is **GRANTED in part**:

1. We award Plaintiff reasonable attorney's fees of $233,536.00; and,

2. We award Plaintiff reimbursement of reasonable costs of $10,982.76.

_____
**KEARNEY, J.**