# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-3200

Thomas Giedgowd v. Cafaro Group LLC

(U.S. District Court No.: 2-20-cv-06184)

**ORDER**

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: March 02, 2022

CND/cc: Ms. Kate Barkman
Lauren C. Bateman, Esq.
Kevin C. Console, Esq.
Tanner McCarron, Esq.
Barbara R. Rigo, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate